**Roy HARRIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 72307.**

Missouri Court of Appeals,
Western District.

July 26, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 30, 2011.

Roy Harris, Appellent pro se.

Shaun J. Mackelprang and Mary H. Moore, Jefferson City, MO, for respondent.

Before Division Two: THOMAS H. NEWTON, Presiding Judge, CYNTHIA L. MARTIN, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Roy Harris appeals from the motion court's denial of his request to re-open his Rule 29.15 post-conviction proceedings. On appeal, Harris maintains that he should have been allowed to re-open his Rule 29.15 post-conviction proceedings because he was abandoned by post-conviction counsel. We affirm. Rule 84.16(b).